JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAZGEN MANUKYAN, an individual,<br><br>          Plaintiff,<br><br>     vs.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company; LOS ANGELES-M, INC., a California Corporation; and DOES 1 through 30, inclusive,<br><br>          Defendants. | Case No.: 2:24-cv-00529 MWF(JPRx)<br><br>**ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE** |

Upon the review of the parties' Stipulation to Dismiss with Prejudice (Docket No. 16), **IT IS HEREBY ORDERED** that the parties' request is GRANTED.  The action shall be DISMISSED with prejudice.

   **IT IS SO ORDERED.**

Dated: November 1, 2024

_____
MICHAEL W. FITZGERALD
United States District Judge